REED SMITH LLP
Christopher A. Lynch, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for James D. Bishop Sr.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                              :
                                                                                           :   Chapter 11
JIMMIE L. SUNDSTROM,                                         :
                                                                                           :   Case No. 16-22917 (RDD)
                                                              Debtor.         :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and (i) and 9010(b) James D. Bishop Sr., by his attorneys, Reed Smith LLP, appears in this matter and requests that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following address or facsimile number:

> Christopher A. Lynch, Esq.
> REED SMITH LLP
> 599 Lexington Avenue
> New York, NY 10022
> Telephone: (212) 521-5400
> Facsimile: (212) 521-5450
> E-mail: clynch@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive James D. Bishop Sr.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which he is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 8, 2016  
      New York, New York

REED SMITH LLP

By: /s/ Christopher A. Lynch  
Christopher A. Lynch, Esq.  
599 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 521-5400  
Facsimile: (212) 521-5450  
E-mail: clynch@reedsmith.com

*Attorneys for James D. Bishop Sr.*

**REED SMITH LLP**
Christopher A. Lynch, Esq.
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for James D. Bishop Sr.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                       :
                                             : Chapter 11
JIMMIE L. SUNDSTROM,                         :
                                             : Case No. 16-22917 (RDD)
                            Debtor.          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Christopher A. Lynch, do hereby certify that, on this 8th day of July, 2016, I caused a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** to be served by the Court's CM/ECF system to all parties registered to receive notice.

Dated: July 8, 2016           REED SMITH LLP
       New York, New York
                        By:   /s/ Christopher A. Lynch
                              Christopher A. Lynch, Esq.
                              599 Lexington Avenue
                              New York, NY 10022
                              Telephone: (212) 521-5400
                              Facsimile: (212) 521-5450
                              E-mail: clynch@reedsmith.com

                              *Attorneys for James D. Bishop Sr.*